■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD E. LAVENE, Appellant. [608 NYS2d 881] —Appeal from a judgment of the County Court of Washington County (Berke, J.), rendered March 20, 1992, convicting defendant upon his plea of guilty of the crime of sodomy in the first degree.

Defendant contends that the indictment against him should be dismissed because it lacked specificity as to when the crimes occurred. We find that, given the circumstances of this case, the indictment was sufficiently specific to give defendant fair notice of the charges against him.

Mikoll, J. P., Mercure, Crew III, White and Yesawich Jr., JJ., concur. Ordered that the judgment is affirmed.

■ In the Matter of the Claim of PAMELA J. CLEMENTS, Appellant, v ONEIDA LTD., Respondent. WORKERS' COMPENSATION BOARD, Respondent. [606 NYS2d 801] —Appeal from a decision of the Workers' Compensation Board, filed April 15, 1992, which ruled that claimant suffered no serious facial disfigurement as a result of her accident.

The question of whether claimant suffered a serious facial disfigurement within the meaning of Workers' Compensation Law § 15 (3) (t) was one of fact for the Board to resolve. The record in this case provides substantial evidence for the Board's decision rejecting claimant's contention that she fell within the ambit of the statute. A medical examination revealed that she was undergoing dental care for her injury and that she was suffering no facial disfigurement. Claimant's remaining arguments have been examined and rejected as unpersuasive.

Cardona, P. J., Mercure, Casey, Weiss and Yesawich Jr., JJ., concur. Ordered that the decision is affirmed, without costs.